No. 1,895.—STATE OF MONTANA ex rel. JAS. LES-
MAN, Appellant, v. DAVID HAWTHORNE, Justice
of the Peace, Respondent.

*Appeal from District Court, Carbon County; Frank Henry,
Judge.*

On motion to dismiss appeal.

Decided April 6, 1904.

PER CURIAM.—The motion to dismiss the appeal is by the court sustained and the appeal dismissed, without prejudice, however, to the right to move to reinstate.

*Mr. Geo. W. Burke, Mr. F. C. Woodward,* and *Mr. J. H. Ruberson,* for Appellants.

*Mr. L. Q. Caswell,* and *Mr. Sydney Fox,* for Respondent.